UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 1:06-cr-0008-LJM-DKL-17 |
| WILLIAM PERRY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Tim A. Baker=s Report and Recommendation that William Perry=s supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 24 months in the custody of the Attorney General. Upon Mr. Perry=s release from confinement, he will not be subject to supervised release.

SO ORDERED this   11/07/2012

```
                              LARRY J. McKINNEY, JUDGE
                              United States District Court
                              Southern District of Indiana
```

Distribution:

Josh Minkler
Assistant U. S. Attorney
josh.minkler@usdoj.gov

Gwendolyn Beitz
Joe Cleary
Office of Indiana Federal Community Defender

U. S. Parole and Probation

U. S. Marshal

˘2˘